TYLER R. DOWDALL (SBN 258950)
tdowdall@tarterkrinsky.com
RENATA A. GUIDRY (SBN 227713)
rguidry@tarterkrinsky.com
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone:   (424) 330-8580
             (424) 425-7486
 Facsimile:   (315) 512-1465

Attorneys for Plaintiff MEDIA FORCE
COMMUNICATIONS (2007) LTD., an
Israeli corporation

AN NGUYEN RUDA (SBN 215453)
aruda@bartkolaw.com
SONY B. BARARI (SBN 243379)
sbarari@bartkolaw.com
SCOTT GLASSMOYER (SBN 256291)
sglassmoyer@bartkolaw.com
**BARTKO LLP**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Defendant
ASPIRATION PARTNERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA FORCE COMMUNICATIONS (2007) LTD., an Israeli corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASPIRATION PARTNERS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:23-cv-03799-FLA-SK<br><br>**JOINT REPORT REGARDING SUBMISSION OF MATTER TO ARBITRATION**<br><br>*Honorable District Judge Fernando L. Aenlle-Rocha*<br><br>*Honorable Magistrate Judge Steve Kim*<br><br>Complaint Filed: May 18, 2023<br>Action Stayed: July 29, 2024 |

3029.009/2070441.1

Pursuant to the Court's Order Granting Defendant's Motion to Compel Arbitration and Staying Action [Dkt. 56], Plaintiff MEDIA FORCE COMMUNICATIONS (2007) LTD., an Israeli corporation ("Plaintiff" or "Media Force") and Defendant ASPIRATION PARTNERS, INC., ("Defendant" or "Aspiration")1 (collectively, the "Parties") jointly submit this report.

## I. BACKGROUND

Plaintiff filed its First Amended Complaint ("FAC"), the operative pleading in this matter, on August 14, 2023. Plaintiff initially obtained a default against Aspiration, which the Court set aside on May 6, 2024 [Dkt. 29]. On May 28, 2024, Aspiration filed a motion to dismiss the FAC and compel arbitration [Dkt. 35] pursuant to a dispute resolution provision ("Section 12") in the Parties' Advertiser Service Agreement ("ASA") at issue at issue in this action.

On July 29, 2024, the Court granted Aspiration's motion to compel and stayed this action [Dkt. 56]. The Court ordered the Parties to submit this matter to arbitration within thirty (30) days of this Order and file a joint report regarding the status of the arbitration within seven (7) days of submission.

## II. STATUS OF ARBITRATION PROCEEDINGS

On August 21, 2024, the Parties agreed to conduct the arbitration in Los Angeles, California, where Aspiration maintains its principal place of business. The Parties subsequently agreed to use ADR Services, Inc. as their arbitration provider, and to select the arbitrator through a "strike and rank" procedure. Pursuant to the ADR Services, Inc. Arbitration Rules, the Parties timely submitted a Stipulation to Arbitrate, and are currently awaiting instructions from ADR Services regarding the next steps.

---

[1] Aspiration recently changed its name to CTN Holdings, Inc.

1  The Parties will provide a further Report to the Court by no later than December 4, 2024.

DATED: September 4, 2024   TARTER KRINSKY & DROGIN LLP

By:     */s/ Tyler R. Dowdall*
      Tyler R. Dowdall, State Bar No. 258950
      *tdowdall@tarterkrinsky.com*
      **TARTER KRINSKY & DROGIN LLP**
      2029 Century Park East, Suite 400N
      Los Angeles, California 90067
      Telephone:   (424) 330-8580
                      (424) 425-7486
      Facsimile:   (315) 512-1465

*Attorneys for Plaintiff MEDIA FORCE COMMUNICATIONS (2007) LTD., an Israeli corporation*

DATED: September 4, 2024   BARTKO LLP

By:     */s/ Scott W. Glassmoyer*
      Scott Glassmoyer, State Bar No. 256291
      *sglassmoyer@bartkolaw.com*
      **BARTKO LLP**
      One Embarcadero Center, Suite 800
      San Francisco, California 94111
      Telephone: (415) 956-1900
      Facsimile: (415) 956-1152

*Attorneys for Defendant ASPIRATION PARTNERS, INC.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Tyler R. Dowdall, am the ECF User whose identification and password are being used to file this **JOINT REPORT REGARDING SUBMISSION OF MATTER TO ARBITRATION** in compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

Date: September 4, 2024

                                             */s/   Tyler R. Dowdall*
                                                Tyler R. Dowdall

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I electronically filed the above document(s) and attachments with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                            */s/ Tyler R. Dowdall*
                                              TYLER R. DOWDALL